## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

BOB CROUCH,                          )
                                     )
                 Plaintiff,          )
                                     )
v.                                   )     Case No. CIV-14-420-RAW
                                     )
JIM THOMPSON,                        )
                                     )
                 Defendant.          )

### REPORT AND RECOMMENDATION

By Order entered April 20, 2016, United States District Judge
Ronald White referred the Application for Order to Judgment Debtor
to Appear and Disclose Assets filed by Defendant to the undersigned
for the purposes of conducting a hearing and entering a Report and
Recommendation.   On April 28, 2016, this Court directed that
Plaintiff appear for an asset hearing on May 25, 2016 to permit
Defendant to inquire as to the existence of any assets owned by
Plaintiff which might be used to satisfy the judgment entered July
28, 2015.

Plaintiff and his counsel appeared at the hearing on assets as
directed by this Court.  He was sworn and examined by Defendant's
counsel.

IT IS THE REPORT OF THIS COURT that Plaintiff appeared as
directed and the examination was conducted.  This Court RECOMMENDS
no further action on the Application.

The parties are advised that they may object to this Report
and Recommendation within fourteen (14) days after receipt.  The

failure to file exceptions or objections to the Report and Recommendation within this time may be deemed a confession of their content and result in the affirmation and adoption of them without further notice or hearing. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

IT IS SO ORDERED this 27th day of September, 2016.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE