IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

BOB CROUCH,                       )
                                  )
             Plaintiff,           )
                                  )
vs.                               )   Case No. CIV-14-420-RAW
                                  )
JIM THOMPSON,                     )
                                  )
             Defendant.           )

## ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge in which the Magistrate Judge advises the court that Plaintiff appeared as directed and an examination was conducted (Dkt. No. 132). As a result, the Magistrate Judge recommends no further action be taken on the Defendant's Application for Order to Judgment Debtor to Appear and Disclose Assets (Dkt. No. 127). Upon review of the Report and Recommendation, this court hereby adopts the Report and Recommendation as the ruling of this court.

Ordered this 12th day of October, 2016.

**Dated this 12th day of October, 2016.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma